JOHN B. SLY, RESPONDENT, *v.* DAVID E. GREER, AP-
PELLANT.

Judgment affirmed, with costs.

Opinion by LANDON, J.

GEORGE MARK, RESPONDENT, *v.* THE VILLAGE OF WEST
TROY, APPELLANT.

Judgment affirmed, with costs.

Opinion by LEARNED, P. J.

WILLIAM OBER, RESPONDENT, *v.* LEWIS H. ROE AND
OTHERS, APPELLANTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.

WILLIAM WINTER, RESPONDENT, *v.* CHARLES B. RIG-
GINS, APPELLANT.

Judgment of justice of the peace and of County Court reversed,
with costs.

Opinion by LEARNED, P. J.

HENRY G. BURLEIGH AND BRACKETT W. BURLEIGH,
RESPONDENTS, *v.* THE GEBHARD FIRE INSURANCE
COMPANY, APPELLANT.

SAME *v.* ADRIATIC INSURANCE COMPANY, APPEL-
LANT.

Reargument ordered.

MARGARET McCAUGHIN, RESPONDENT, *v.* ISAAC
SPAULDING, APPELLANT.

Reargument ordered.

JOHN KEEFE, APPELLANT, *v.* SAMUEL S. WARNER AND
OTHERS, RESPONDENTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.